IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRAFT HEINZ FOODS COMPANY,<br><br>PLAINTIFF,<br><br>v.<br><br>ZACHARY KLEIN and GOLDEN STATE FOODS CORPORATION,<br><br>DEFENDANTS. | CASE NO. _____<br><br>Underlying Case<br>C.A. No. 22-1136-JHS<br>(D. Del.)<br><br>**MOTION TO COMPEL DOCUMENTS RESPONSIVE TO A RULE 45 SUBPOENA** |

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i) and Local Rule 7.1, petitioners Golden State Foods Corporation ("GSF") and Zachary Klein ("Mr. Klein") hereby move this Court to compel the production of documents responsive to the Rule 45 subpoena petitioners served on Mitchell Dingwall ("Mr. Dingwall") in the above-captioned action pending in the United States District Court for the District of Delaware.

In support of petitioners' motion, petitioners rely upon the accompanying memorandum of law, the declaration of undersigned counsel Jeffery A. Schwartz, and all exhibits thereto. A copy of a proposed order granting petitioners' motion is submitted as Exhibit 21 to counsel's declaration.

The undersigned counsel for petitioners certifies that petitioners have in good faith conferred or attempted to confer with Mr. Dingwall to address the

deficiencies in his response to petitioners' subpoena without court action. On November 18, 2022, petitioners sent a letter to counsel for Mr. Dingwall outlining deficiencies in his production and written response and requesting that Mr. Dingwall remedy those deficiencies. *See* Schwartz Decl., Ex. 15. Upon receipt of Mr. Dingwall's supplemental production and amended written response, petitioners sent counsel for Mr. Dingwall a second letter on November 23, 2022 outlining continuing deficiencies and again requesting that Mr. Dingwall conduct a search and generate a written response compliant with the Federal Rules. *See* Schwartz Decl., Ex. 19. Petitioners further requested that Mr. Dingwall provide information surrounding the representation of Mr. Dingwall's counsel that Mr. Dingwall had deleted responsive materials. *Id.* And petitioners asked that Mr. Dingwall respond to petitioners' letter on or before November 25th in order to avoid motion practice. Mr. Dingwall has not responded to petitioners' letter, necessitating court intervention.

Respectfully submitted this the 30th day of November 2022.

JACKSON LEWIS P.C.

/s/ Jeffrey A. Schwartz
Jeffrey A. Schwartz
Georgia Bar No. 558465
171 17th Street, NW
Suite 1200
Atlanta, Georgia 30363
(404) 525-8200
Jake.Schwartz@jacksonlewis.com

*Attorneys for Petitioners Golden State Foods and Zachary Klein*

OF COUNSEL

Robert I. Steiner (*PHV* forthcoming)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
(212) 808-7800
rsteiner@kelleydrye.com

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document will be served on Mitchell Dingwall in a manner prescribed by Federal Rule of Civil Procedure 5 and a further proof of service will be filed with the Court when service is effectuated.

Respectfully submitted this 30th day of November 2022.

*/s/ Jeffrey A. Schwartz*
Jeffrey A. Schwartz
Georgia Bar No. 558465
